**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00826-KMT

ALBERTO RODRIGUEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DOYLE MOVING & STORAGE, INC., a Colorado corporation, and
ANGELA DOYLE, an individual,

    Defendants.

---

**NOTICE OF SETTLEMENT**

---

    PLEASE TAKE NOTICE pursuant to D.C.COLO.LCivR 40.2 that the parties have reached a settlement in principle of this matter and are in the process of documenting the settlement. The parties expect to be able to complete formalization of the settlement within approximately 45 days.

    Defendants' counsel have reviewed this notice of settlement and authorize the undersigned to state that Defendants join in this notice.

Respectfully submitted this 28th day of May, 2019.

          */s/ Michael D. Kuhn*
          Paul F. Lewis
          Michael D. Kuhn
          Andrew E. Swan
          LEWIS | KUHN | SWAN PC
          620 North Tejon Street, Suite 101
          Colorado Springs, CO  80903
          Phone:   (719) 694-3000
          Email:    plewis@lks.law
                    mkuhn@lks.law
                    aswan@lks.law

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of May, 2019, a copy of the foregoing was served via CM/ECF which will notify all counsel of record.

          */s/Anne S. Pearcy*
          Anne S. Pearcy