# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00826-KMT

ALBERTO RODRIGUEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DOYLE MOVING & STORAGE, INC., a Colorado corporation, and
ANGELA DOYLE, an individual,

    Defendants.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
---

    Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notice dismissal of this action with prejudice, the parties to bear their own costs and fees.

    Respectfully submitted this 3rd day of July, 2019.

                                          */s/ Paul F. Lewis*
                                          Paul F. Lewis
                                          Michael D. Kuhn
                                          Andrew E. Swan
                                          LEWIS | KUHN | SWAN PC
                                          620 North Tejon Street, Suite 101
                                          Colorado Springs, CO  80903
                                          Phone:   (719) 694-3000
                                          Email:    plewis@lks.law
                                                                 mkuhn@lks.law
                                                                  aswan@lks.law

                                          *Attorneys for Plaintiff*